UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
                                             :

FRITZ ETIENNE,                              :

                       Plaintiff,         :

                                          :                25 Civ. 9806 (JPC)

       -v-                            :

                                        :                 <u>ORDER</u>

COMMISSIONER OF THE SOCIAL SECURITY
ADMINISTRATION,                        :

                                        :

                     Defendant.      :

                                        :
------------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

To conserve resources, to promote judicial efficiency, and in an effort to achieve a faster disposition of this matter, it is hereby ORDERED that the parties must discuss whether they are willing to consent, under 28 U.S.C. § 636(c), to conducting all further proceedings before Magistrate Judge Henry J. Ricardo.

If both parties consent to proceed before Judge Ricardo, counsel for Defendant must, within two weeks of the date of this Order, submit to the Orders & Judgments Clerk at judgments@nysd.uscourts.gov a fully executed Notice, Consent, and Reference of a Civil Action to a Magistrate Judge form, a copy of which is attached to this Order (and also available at https://www.nysd.uscourts.gov/sites/default/files/2018-06/AO-3.pdf).  If the Court approves that form, all further proceedings will then be conducted before Judge Ricardo rather than before the undersigned.  Any appeal would be taken directly to the United States Court of Appeals for the Second Circuit, as it would be from this Court if the consent form were not signed and so ordered.

If either party does not consent to conducting all further proceedings before Judge Ricardo, the parties must file a joint letter, within two weeks of this Order, advising the Court that the parties do not consent, but without disclosing the identity of the party or parties who do not consent.  At

that time, the Court will then refer this case to Judge Ricardo for a report and recommendation on any motion for judgment on the pleadings.

The parties are free to withhold consent to conducting all further proceedings before Judge Ricardo without negative consequences.

SO ORDERED.

Dated: December 4, 2025
New York, New York

_____
JOHN P. CRONAN
United States District Judge

2