UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

FRITZ ETIENNE,

                Plaintiff,

        -v-

COMMISSIONER OF THE SOCIAL SECURITY
ADMINISTRATION,

                Defendant.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _3/4/2026_____

**ORDER**

25-CV-9806 (HJR)

**HENRY J. RICARDO, United States Magistrate Judge.**

      The Court is in receipt of the parties' request for an extension of the briefing schedule. ECF No. 11. The parties' request is GRANTED. Briefing in this action shall proceed according to the following schedule:

- Plaintiff's brief is due by **May 3, 2026**;
- Defendant's brief is due by **July 2, 2026**;
- Plaintiff's reply is due by **July 16, 2026**.

No further extensions will be granted absent extraordinary circumstances.

**SO ORDERED.**

Dated: March 4, 2026
      New York, New York

                                  _____
                                  Henry J. Ricardo
                                  United States Magistrate Judge