UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

FRITZ ETIENNE,

                Plaintiff,

        -v-

COMMISSIONER OF THE SOCIAL SECURITY
ADMINISTRATION,

                Defendant.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/4/2026

**ORDER**

25-CV-9806 (HJR)

**HENRY J. RICARDO, United States Magistrate Judge.**

Pursuant to the Court's March 4, 2026 Order, ECF No. 12, Plaintiff was directed to file their brief by May 3, 2026. To date, no brief has been filed. The Court *sua sponte* extends the deadline for Plaintiff to file their brief to **May 11, 2026**. Plaintiff is warned that if no brief is filed by then, the case may be dismissed for failure to prosecute under Federal Rule of Civil Procedure 41.

**SO ORDERED.**

Dated: May 4, 2026
      New York, New York

_____
Henry J. Ricardo
United States Magistrate Judge